# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and<br>INTERSPORT CORP. d/b/a WHAM-O,<br><br>   Plaintiffs,<br><br>  v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>   Defendants. | Case No.: 1:23-cv-04675<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Jeffrey I. Cummings |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, September 21, 2023, at 9:45 a.m., Plaintiffs, by their counsel, shall appear by remote means, before the Honorable Andrea R. Wood, of the U.S. District Court for the Northern District of Illinois, and present Plaintiffs' Motion for Entry of Default Judgment against the Defendants Identified in the First Amended Schedule A.

The call−in number is (888) 557−8511 and the access code is 3547847.

DATED: September 11, 2023             Respectfully submitted,

                                    */s/ Keith A. Vogt*
                                    Keith A. Vogt (Bar No. 6207971)
                                    Keith Vogt, Ltd.
                                    33 West Jackson Boulevard, #2W
                                    Chicago, Illinois 60604
                                    Telephone: 312-971-6752
                                    E-mail: keith@vogtip.com

                                    ***ATTORNEY FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Todd Richards and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                                  /s/ *Keith A. Vogt*
                                                  Keith A. Vogt, Esq.